IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LAJASON J. COAKLEY                                                        PETITIONER

v.                             Civil No. 4:22-cv-4111

DEXTER PAYNE, Director
Arkansas Division of Correction                                   RESPONDENT

### ORDER

Petitioner, LaJason J. Coakley, filed a Petition for Writ of *Habeas Corpus* and a Supplemental Petition pursuant to 28 U.S.C. § 2254. ECF Nos. 1, 16.[1] An evidentiary hearing was held on July 31, 2024, in Texarkana, Arkansas. The Court has determined that post hearing briefs filed by each party will be helpful to the Court.

Accordingly, once the transcript from the hearing is filed with the Court, each party is ORDERED to file a post hearing brief within forty-five (45) days.[2]

**DATED this 1st day of August 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] "Petition" refers to both the original Petition and the Supplemental Petition.
[2] The Parties may submit briefing and argument on any issue raised in the Petition. The Court is particularly interested in the issues subject to the evidentiary hearing and in the issue raised by Petitioner on direct appeal and in this Petition regarding the admission at trial of evidence pursuant to Ark. R. Evid. 404(b).