IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTONIUS DEWON MARTIN                                                                    PLAINTIFF

v.                                              Case No. 4:24-cv-4071

CORRECTIONAL OFFICER
JOHNATHAN EASLEY                                                                         DEFENDANT

## JUDGMENT

For reasons discussed in the order of even date, judgment is hereby entered in favor of Plaintiff Antonius Dewon Martin against Defendant Johnathan Easley, in his individual capacity, in the total amount of $1,000.00

**IT IS SO ORDERED**, this 30th day of September, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge